The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.

LFH CARE LLC D/B/A FAITH FAMILY HOME; CHANGMIN AN; SONJA SUNGEUN AN; DONNA KELLER, BY AND THROUGH HER DURABLE POWER OF ATTORNEY AGENT, JEANNE SLONECKER,

    Defendants.

LFH CARE LLC D/B/A FAITH FAMILY HOME; CHANGMIN AN; and SONJA SUNGEUN AN,

    Third-Party Plaintiffs,

v.

RICE INSURANCE, LLC, a Washington limited liability company,

    Third-Party Defendant.

Case No. 2:20-cv-01026-JCC-MLP

**ORDER GRANTING THIRD-PARTY DEFENDANT RICE INSURANCE, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANT DONNA KELLER'S CROSSCLAIM AGAINST THIRD-PARTY DEFENDANT RICE INSURANCE, LLC**

ORDER GRANTING THIRD-PARTY DEFENDANT RICE INSURANCE, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT KELLER'S CROSSCLAIM
USDC: 2:20-cv-01026-JCC-MLP
Page 1 of 2

MARKUN ZUSMAN FRENIERE & COMPTON LLP
1500 SW First Avenue, Suite 1020
Portland, Oregon 97201-5882
503-224-9294

1   Presently before the Court is Third-Party Defendant Rice Insurance, LLC's ("Rice")
2   stipulated motion to extend Rice's deadline to respond to Defendant Donna Keller's crossclaim
3   against Rice.
4   Good cause appearing, the Court GRANTS the stipulation. Rice shall respond to the
    crossclaim on, or before, October 23, 2020. It is so ordered.
5
6   Presented by:
7   *s/ Ross Van Ness*
    Ross Van Ness, WSBA #53065
8   1500 SW First Avenue, Suite 1020
    Portland, Oregon 97201-5882
9   Telephone: 503-224-9294
    Facsimile: 503-224-1123
10  rvanness@mzclaw.com
11  *Attorney for Third-Party Defendant*
    *RICE INSURANCE, LLC*
12
13
    DATED this 19th day of October 2020.
14
15
                                                       _____
16                                                     MICHELLE L. PETERSON
                                                       United States Magistrate Judge
17
18
19
20
21
22
23
24  ORDER GRANTING THIRD-PARTY DEFENDANT RICE          MARKUN ZUSMAN FRENIERE & COMPTON LLP
    INSURANCE, LLC'S UNOPPOSED MOTION FOR EXTENSION   1500 SW First Avenue, Suite 1020
    OF TIME TO RESPOND TO DEFENDANT KELLER'S           Portland, Oregon 97201-5882
    CROSSCLAIM                                         503-224-9294
    USDC: 2:20-cv-01026-JCC-MLP
    Page 2 of 2