THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LFH CARE LLC, D/B/A FAITH FAMILY HOME; CHANGMIN AN; SONJA SUNGEUN AN; DONNA KELLER, BY AND THROUGH HER DURABLE POWER OF ATTORNEY AGENT, JEANNE SLONECKER,<br><br>　　　　　　　　　　Defendants. | CASE NO: 2-20-CV-01026-JCC-MLP<br><br>ORDER GRANTING DEFENDANT DONNA KELLER'S STIPULATED REQUEST TO FILE PROPOSED SECOND AMENDED ANSWER |
| LFH CARE LLC, D/B/A FAITH FAMILY HOME; CHANGMIN AN; and SONJA SUNGEUN AN,<br><br>　　　　　　　　　　Third-Party Plaintiffs,<br><br>v.<br><br>RICE INSURANCE, LLC, a Washington limited liability company,<br><br>　　　　　　　　　　Third-Party Defendant. | |

Presently before the Court is Defendant Donna Keller's ("Keller") stipulated request to file a Second Amended Answer. Given the written consent of the adverse party, Third Party Defendant Rice Insurance, LLC ("Rice"), and for good cause appearing, the Court GRANTS the request. Defendant Keller may file her Second Amended Answer. It is so Ordered.

ORDER GRANTING DEFENDANT DONNA KELLER'S
STIPULED REQUEST TO FILE PROPOSED
SECOND AMENDED ANSWER　　　　　-1-

CROLLARD LAW OFFICE, PLLC
9725 3ʳᴅ AVE NE, SUITE 600
SEATTLE, WA 98115-2061
TEL (206) 623-3333
FAX (206) 260-7357

Presented by:

CROLLARD LAW OFFICE, PLLC

*s/Jeff B. Crollard*
Jeff B. Crollard, WSBA No. 15561
9725 3rd Ave NE, Suite 600
Seattle, WA 98115
Jbc@crollardlaw.com
T:  206-623-3333
F:  206-260-7357
*Attorney for Defendant Donna Keller*

DATED this 4th day of October, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING DEFENDANT DONNA KELLER'S STIPULED REQUEST TO FILE PROPOSED SECOND AMENDED ANSWER   -2-

CROLLARD LAW OFFICE, PLLC
9725 3RD AVE NE, SUITE 600
SEATTLE, WA 98115-2061
TEL (206) 623-3333
FAX (206) 260-7357