UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTTSDALE INSURANCE COMPANY,

           Plaintiff,

   v.

LFH CARE LLC, *et al.*,

           Defendants.

Case No. C20-1026-JCC-MLP

**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE AND TO EXTEND CASE DEADLINES**

    Before the Court is Third-Party Defendant Rice Insurance, LLC's stipulated motion (dkt. # 36) to continue all of the current deadlines set forth in the Order Setting Trial Date and Pretrial Schedule (dkt. #21), including the trial date, by 60 days. Based on the parties' stipulation, and finding good cause, the Court GRANTS the stipulated motion and ORDERS a continuance of the deadlines. The new trial date is October 18, 2021.

    The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

    Dated this 29th day of January, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

- 1