THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CASE NO. C20-1026-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LFH CARE LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties filed a notice of settlement on April 15, 2021, which states that they needed "up to 60 days to complete the settlement." (Dkt. No. 46.) Sixty days have elapsed, but the parties have not filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41. The Court ORDERS the parties to file a notice of dismissal within seven days of the date of this order if the parties have finalized their settlement or, if they have not, a joint status report informing the Court of that fact and setting forth the parties' views on whether they need additional time to finalize a settlement or whether the Court should address Judge Peterson's Report and Recommendation (Dkt. No. 45.)

//

//

DATED this 16th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk