THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LFH CARE LLC, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C20-1026-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report regarding their settlement (Dkt. No. 48). The parties request an additional 45 days to file a notice of dismissal. Having considered the parties' briefing and the relevant record, and finding good cause, the Court GRANTS the motion. The Court ORDERS the parties to file a notice of dismissal no later than Thursday, August 5, 2021.

DATED this 26th day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1026-JCC
PAGE - 1